George NIKAIDO, Plaintiff—Appellant,

v.

Jo Anne B. BARNHART, Commissioner of Social Security, Defendant—Appellee.

No. 01–55372.

D.C. No. CV–98–03549–RZ.

United States Court of Appeals, Ninth Circuit.

Submitted April 4, 2002 *.

Decided April 15, 2002.

Before PREGERSON, LEAVY and TROTT, Circuit Judges.

ORDER **

For the reasons articulated in the magistrate judge's memorandum opinion and order dated December 15, 2000, we affirm the judgment of the district court affirming the Commissioner's decision denying disability benefits.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.